JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECLIPSE BERRY FARMS, LLC, a California limited liability company,<br><br>   Plaintiff,<br><br>v.<br><br>ENGLAND LOGISTICS, INC., a Utah corporation; DAVINCI BLACK ENTERPRISES, LLC, a limited liability company; and DAVID BROWN, an individual,<br><br>   Defendants.<br>_____/ | Case No. 2:13-cv-01585-FMO-SHx<br><br>Hon. Fernando M. Olguin - Ctrm. 22<br><br>**ORDER REMANDING ACTION TO SUPERIOR COURT** |

Upon written stipulation of plaintiff ECLIPSE BERRY FARMS, LLC ("Eclipse") and defendant ENGLAND LOGISTICS, INC. ("England"), the parties agree to and request that this Court issue an Order remanding this action to Superior Court. Upon due consideration and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The hearing on plaintiff's Motion to Remand and Scheduling Conference set for May 23, 2013, are vacated;

2. Defendant England shall have 10 days from assignment of the matter to a department in the Los Angeles County Superior Court to file a responsive pleading

to the First Amended Complaint; and,

3. The action is remanded to the Los Angeles County Superior Court, Central District, for further proceedings.

Dated: May 13, 2013

_____/s/_____
Fernando M. Olguin, United States District Judge